UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No.  2:24-CV-00461-JLB-NPM

**LARRY BURGESS,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC AND ABILITY RECOVERY SERVICES LLC,**

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE**

Pursuant to the Court's FCRA Fast-Track Scheduling Order [Doc.26] Plaintiff Larry Burgess submits this Certificate of Compliance.  Plaintiff has served Counsel for all remaining Defendants with all responsive documents and records in Plaintiff's possession in accordance with the Court's FCRA Fast-Track Scheduling Order.

    DATED: July 12, 2024

                                            Respectfully Submitted,

                                              /s/ Bryon Young
                                            **BRYON YOUNG, ESQ.**
                                            Florida Bar No. 1052949
                                            E-mail:  Bryon@pzlg.legal
                                            PATTI ZABALETA LAW GROUP
                                            3323 Northwest 55th Street
                                            Fort Lauderdale, Florida 33309

Phone:   561-542-8550
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Bryon Young
**BRYON YOUNG, ESQ.**
Florida Bar No.: 1052949