**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**LARRY BURGESS**,

    Plaintiff,

v.	2:24-cv-461-JLB-NPM

**EXPERIAN INFORMATION SOLUTIONS INC**,
**EQUIFAX INFORMATION SERVICES LLC** and
**TRANS UNION LLC**,

    Defendants.

_____

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Bryon Young |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Maria Ruiz<br>Ritika Singh<br>Jason Joffe |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | November 5, 2024<br>10:05 – 10:14 AM | **Total Time** | 9 minutes |

**Rule 16(b) Conference**

Court discussed case management, scheduling deadlines and other issues regarding case management. Case will be stayed pending a ruling on the Motion to Dismiss.